THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT SMART, TERRY ROSS RIGGS, and**
**JOHNATHAN JACKSON, Each Individually and**
**on Behalf of All Others Similarly Situated**                                    **PLAINTIFFS**

v.                                    Case No. 2:19-cv-00047-KGB

**CITY OF HUGHES, ARKANSAS**                                                      **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to consolidate, extend deadlines, and for settlement conference (Dkt. No. 45). For the following reasons, the Court grants the motion (*Id.*).

The parties represent that the instant case, *Smart et al. v. Hughes Arkansas, City of*, Case No. 2:19-cv-00047-KGB and *Eldridge v. Hughes Arkansas, City of*, Case No. 2:21-cv-00073-KGB, share common questions of law and fact, warranting consolidation (*Id.*, ¶ 5). Furthermore, the parties in both cases "are represented by the same law firm and attorneys" (*Id.*, ¶ 3). For good cause shown, the Court grants the motion. *See* Fed R. Civ. P. 42(a)(2). *Eldridge*, Case No. 2:21-cv-00073-KGB, is consolidated with and into *Smart*, Case No. 2:19-cv-00047-KGB, and all parties are directed to make filings only in *Smart*, Case No. 2:19-cv-00047-KGB, going forward.

The parties also request that the Court extend deadlines (*Id.*, ¶ 10). Specifically, the parties seek a 30-day extension of discovery deadlines and a 30-day extension for dispositive motions (*Id.*, ¶ 10). For good cause shown, the Court grants the motion and sets the discovery deadline for September 10, 2022 and the dispositive and *Daubert* motions for November 10, 2022 (*Id.*, ¶ 18). Given the time this motion has been pending with the Court, if the parties or either party seek a further extension of these deadlines, the Court directs that a motion be filed. The Court removes

this case from the October 24, 2022, trial calendar and will set remaining deadlines by separate Order.

Lastly, the parties request a settlement conference to take place prior to the proposed November 10, 2022, dispositive motions deadline, in Helena-West Helena, Arkansas (*Id.*, ¶ 19). For good cause shown, the Court grants, in part, and takes under advisement, in part, this request. The Court grants the request for a settlement conference and refers this matter to United States Magistrate Judge Jerome T. Kearney to conduct a settlement conference between the parties. The Court takes under advisement the specific request for a date and location for the settlement conference. The Court defers to Judge Kearney to select a date and location for the settlement conference, in consultation with all counsel and parties.

It is so ordered this 4th day of October, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge