THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ROBERT SMART, TERRY ROSS RIGGS, and
JOHNATHAN JACKSON, Each Individually and
on Behalf of All Others Similarly Situated                                              PLAINTIFFS

v.                              Case No. 2:19-cv-00047-KGB

CITY OF HUGHES, ARKANSAS                                                                DEFENDANT

## ORDER

Before the Court is the status of this case. On October 25, 2022, United States Magistrate Judge Jerome T. Kearney cancelled a settlement conference scheduled between the parties (Dkt. No. 50). The parties filed a joint status report on November 10, 2022, informing the Court that they were actively working on a settlement to resolve this case and would request a settlement conference if they could not reach an agreement (Dkt. No. 51).

The Court, on its own motion, directs the parties to file a status update, jointly or separately, within 14 days of the entry of this Order. The status update should inform the Court as to whether the parties have resolved their claims, request a new settlement conference date, or would like for the Court to issue an amended final scheduling order resetting this matter for trial in this case

It is so ordered this 2nd day of February, 2023.

_____
Kristine G. Baker
United States District Judge