IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HOUSTON DIVISION

**ROBERT SMART, TERRY ROSS RIGGS,**                      **PLAINTIFFS**
And **JOHNATHAN JACKSON, Each Individually**
**and on Behalf of All Others Similarly Situated**

v.                **CASE NO. 2:19-CV-47-KGB**

**CITY OF HUGHES, ARKANSAS**                            **DEFENDANT**

and

**STEVEN ELDRIDGE**                                             **PLAINTIFF**

v.

**CITY OF HUGHES, ARKANSAS**                            **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS TERRY ROSS RIGGS AND JOHNATHAN JACKSON WITHOUT PREJUDICE

Plaintiffs Robert Smart, Terry Ross Riggs, Johnathan Jackson, and Steven Eldridge, each individually and on behalf of all others similarly situated ("Plaintiffs"), and City of Hughes, Arkansas ("Defendant"), by and through their undersigned counsel, for their Joint Stipulation of Dismissal of Plaintiffs Terry Ross Riggs and Johnathan Jackson, the Parties state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to the dismissal of Plaintiffs Terry Ross Riggs and Johnathan Jackson without prejudice.

2. The dismissal of Plaintiffs Terry Ross Riggs and Johnathan Jackson is not intended to, and will not, affect the claims of any other Plaintiffs.

3. The Parties hereby stipulate to the dismissal of Plaintiffs Terry Ross Riggs and

Page 1 of 2
Robert Smart, et al. v. City of Hughes, Arkansas
U.S.D.C. (E.D. Ark.) No. 2:19-cv-47-KGB
Joint Stipulation for Dismissal of Plaintiffs Terry Ross Riggs
and Johnathan Jackson without Prejudice

Johnathan Jackson from this case without prejudice.

    Respectfully submitted,

    **ROBERT SMART, TERRY ROSS RIGGS, and JOHNATHAN JACKSON, Each Individually and on behalf of All Others Similarly Situated**

    **STEVEN ELDRIDGE**

    **PLAINTIFFS**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Parkway, Ste 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

    Daniel Ford
    Ark. Bar No. 2014162
    daniel@sanfordlaw.com

**and**    **CITY OF HUGHES, ARKANSAS, DEFENDANT**

    Post Office Box 38
    North Little Rock, AR 72115
    Telephone: (501) 978-6117
    Facsimile: (501) 978-6554

    */s/ Lanny Richmond III*
    Lanny Richmond III
    Ark. Bar No. 2015137
    lrichmond@arml.org

Page 2 of 2
Robert Smart, et al. v. City of Hughes, Arkansas
U.S.D.C. (E.D. Ark.) No. 2:19-cv-47-KGB
Joint Stipulation for Dismissal of Plaintiffs Terry Ross Riggs
and Johnathan Jackson without Prejudice