THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT SMART, TERRY ROSS RIGGS, and
JOHNATHAN JACKSON, Each Individually and
on Behalf of All Others Similarly Situated**                                    **PLAINTIFFS**

v.                               Case No. 2:19-cv-00047-KGB

**CITY OF HUGHES, ARKANSAS**                                                    **DEFENDANT**

## ORDER

Before the Court is defendant City of Hughes, Arkansas' ("City") motion to withdraw attorney Amanda LaFever (Dkt. No. 55). For good cause shown, the Court grants the motion and removes Amanda LaFever as counsel of record for the City.

It is so ordered this 17th day of April, 2023.

_____
Kristine G. Baker
United States District Judge