THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ROBERT SMART, TERRY ROSS RIGGS, and
JOHNATHAN JACKSON, Each Individually and
on Behalf of All Others Similarly Situated                                             PLAINTIFFS

v.                              Case No. 2:19-cv-00047-KGB

CITY OF HUGHES, ARKANSAS                                                              DEFENDANT

## ORDER

Before the Court is plaintiffs Robert Smart, Terry Ross Riggs, Johnathan Jackson, and Steven Eldridge, each individually and on behalf of all others similarly situated, and City of Hughes, Arkansas' ("City") joint stipulation of dismissal of plaintiffs Terry Ross Riggs and Johnathan Jackson (Dkt. No. 57). The parties state that they jointly stipulate to the dismissal of Riggs and Jackson without prejudice (*Id.*). As the parties' stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation of dismissal and dismisses without prejudice Riggs and Jackson from this lawsuit (*Id.*).

It is so ordered this 18th day of April, 2023.

_____
Kristine G. Baker
United States District Judge