IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ROBERT SMART, TERRY ROSS RIGGS,**
**And JOHNATHAN JACKSON, Each Individually**
**and on Behalf of All Others Similarly Situated**                **PLAINTIFFS**

v.                **CASE NO. 2:19-CV-47-KGB**

**CITY OF HUGHES, ARKANSAS**                **DEFENDANT**

and

**STEVEN ELDRIDGE**                **PLAINTIFF**

v.

**CITY OF HUGHES, ARKANSAS**                **DEFENDANT**

**JOINT STATUS REPORT AND NOTICE OF REMAINING SETTLEMENT**

Plaintiffs Robert Smart and Steven Eldridge, each individually and on behalf of all others similarly situated ("Plaintiffs"), and City of Hughes, Arkansas ("Defendant"), by and through their undersigned counsel, for their Joint Status Report and Notice of Remaining Settlement, the Parties state as follows:

1. On February 17, 2023, the Parties filed a Joint Notice of Liability Settlement informing the Court that they had reached a settlement in principle, not including attorney fees, that would resolve Plaintiffs' alleged unpaid wages and liquidated damages. ECF No. 53.

2. The Parties have finalized and executed settlement documents as to Plaintiffs' liability damages.

3. The Parties have also reached a settlement in principle as to Plaintiffs' attorneys' fees and costs.

4. More time is needed in order to perform as contemplated by the Parties' agreement.

5. The Parties anticipate filing their dismissal papers or another status report by May 2, 2023.

Respectfully submitted,

**ROBERT SMART, Individually and on behalf of All Others Similarly Situated**

**STEVEN ELDRIDGE**

**PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Ste 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlaw.com

|   |   |
|---|---|
| and | **CITY OF HUGHES, ARKANSAS, DEFENDANT** |

        Post Office Box 38
        North Little Rock, AR 72115
        Telephone: (501) 978-6117
        Facsimile: (501) 978-6554

        */s/* Lanny Richmond II
        Lanny Richmond II
        Ark. Bar No. 2015137
        lrichmond@arml.org