# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

ROBERT SMART, TERRY ROSS RIGGS, and
JONATHAN JACKSON, each Individually and
on Behalf of All Others Similarly Situated

*Plaintiff*

v.  )  Case No. 2:19-cv-47-KGB

CITY OF HUGHES, ARKANSAS )
)
)
)

*Defendant*

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the City of Hughes, Arkansas.

Date: May 4, 2023

Sarah Cowan, Ark. Bar No. 2013182
*Attorney's printed name and bar number*

P.O. Box 38, North Little Rock, AR, 72115
*Address*

scowan@arml.org
*E-mail address*

501-978-6117
*Telephone number*

501-712-1598
*FAX number*