IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| **ROBERT SMART, TERRY ROSS RIGGS,** And **JOHNATHAN JACKSON**, Each Individually and on Behalf of All Others Similarly Situated | **PLAINTIFFS** |
| v. CASE NO. 2:19-CV-47-KGB | |
| **CITY OF HUGHES, ARKANSAS** | **DEFENDANT** |
| and | |
| **STEVEN ELDRIDGE** | **PLAINTIFF** |
| v. | |
| **CITY OF HUGHES, ARKANSAS** | **DEFENDANT** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Robert Smart and Steven Eldridge, each individually and on behalf of all others similarly situated ("Plaintiffs"), and City of Hughes, Arkansas ("Defendant"), by and through their undersigned counsel, hereby submit the following for their Joint Stipulation of Dismissal of Plaintiffs' Liability Claims with Prejudice:

1. Plaintiffs brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* ("AMWA").

2. After arm's length negotiations in which Plaintiffs and Defendant were both represented by counsel, Plaintiffs and Defendant reached an agreement that resolves Plaintiffs' claims; Plaintiffs and Defendant believe their liability agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

Page 1 of 3
Robert Smart, et al. v. City of Hughes, Arkansas
U.S.D.C. (E.D. Ark.) No. 2:19-cv-47-KGB
Joint Stipulation of Dismissal with Prejudice

3. All Plaintiffs have signed the settlement agreement.

4. The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows claims to be dismissed by stipulation if signed by all parties who have appeared.

5. As the Parties' settlement contemplates payments not yet tendered, the Parties request that the Court retain jurisdiction for the limited purpose of enforcing the terms of their agreement, if necessary.

Respectfully submitted,

**ROBERT SMART, Individually and on behalf of All Others Similarly Situated**

**STEVEN ELDRIDGE**

**PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Ste 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlaw.com

Page 2 of 3
Robert Smart, et al. v. City of Hughes, Arkansas
U.S.D.C. (E.D. Ark.) No. 2:19-cv-47-KGB
Joint Stipulation of Dismissal with Prejudice

and   **CITY OF HUGHES, ARKANSAS, DEFENDANT**

Post Office Box 38
North Little Rock, AR 72115
Telephone: (501) 978-6117
Facsimile: (501) 712-1598

*/s/ Sarah Cowan*
Sarah Cowan
Ark. Bar No. 2013182
scowan@arml.org

**Page 3 of 3
Robert Smart, et al. v. City of Hughes, Arkansas
U.S.D.C. (E.D. Ark.) No. 2:19-cv-47-KGB
Joint Stipulation of Dismissal with Prejudice**