THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT SMART, TERRY ROSS RIGGS, and**
**JOHNATHAN JACKSON, Each Individually and**
**on Behalf of All Others Similarly Situated**                                               **PLAINTIFFS**

v.                                        Case No. 2:19-cv-00047-KGB

**CITY OF HUGHES, ARKANSAS**                                                                **DEFENDANT**

## ORDER

Before the Court is the status of this case. Per the Court's Third Amended Final Scheduling Order, this case is set for trial on Monday, June 12, 2023 (Dkt. No. 49). The Court, on its own motion, removes this matter from the June 12, 2023, trial calendar. The parties' joint stipulation of dismissal with prejudice remains under advisement (Dkt. No. 62).

It is so ordered this 9th day of June, 2023.

_____
Kristine G. Baker
United States District Judge