IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT SMART, TERRY ROSS RIGGS, and
JOHNATHAN JACKSON, Each Individually and
on Behalf of All Others Similarly Situated**                                **PLAINTIFFS**

vs.                                        No. 2:19-cv-47-KGB

**CITY OF HUGHES, ARKANSAS**                                                **DEFENDANT**

## MOTION TO WITHDRAW—STACY GIBSON

Attorney Stacy Gibson, an attorney of record herein, for her Motion for Withdrawal as counsel for Plaintiffs, states as follows:

1.  The undersigned has resigned as a full-time member of Sanford Law Firm, PLLC, effective July 19, 2023.

2.  Josh Sanford and any other attorneys of Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for Plaintiffs.

WHEREFORE, premises considered, Stacy Gibson respectfully requests that the Court order her withdrawn and terminated as counsel for Plaintiffs.

                                            Respectfully submitted,

                                            **ATTORNEY STACY GIBSON**

                                            SANFORD LAW FIRM, PLLC
                                            Kirkpatrick Plaza
                                            10800 Financial Centre Pkwy, Ste. 510
                                            Little Rock, Arkansas 72211
                                            Telephone: (501) 221-0088
                                            Facsimile: (888) 787-2040

                                            Stacy Gibson
                                            Ark. Bar No. 2014171
                                            stacy@sanfordlawfirm.com