THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT SMART, TERRY ROSS RIGGS, and**
**JOHNATHAN JACKSON, Each Individually and**
**on Behalf of All Others Similarly Situated**                                                                 **PLAINTIFFS**

**v.**                                                        **Case No. 2:19-cv-00047-KGB**

**CITY OF HUGHES, ARKANSAS**                                                                                  **DEFENDANT**

## ORDER

Before the Court is attorney Stacy Gibson's motion to withdraw (Dkt. No. 64).  Ms. Gibson states that she has resigned as a full-time member of Sanford Law Firm, PLLC, effective July 19, 2023, and represents that Josh Sanford and any other lawyers of the Sanford Law Firm, PLLC, who have entered an appearance herein will continue to represent plaintiffs in this matter (*Id.*). For good cause shown, the Court grants the motion (*Id.*).  The Court directs the Clerk of Court to terminate Ms. Gibson as counsel of record for plaintiff.

It is so ordered this 4th day of August, 2023.

Kristine G. Baker
United States District Judge