THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT SMART, TERRY ROSS RIGGS, and**
**JOHNATHAN JACKSON, Each Individually and**
**on Behalf of All Others Similarly Situated**                             **PLAINTIFFS**

**v.**                      **Case No. 2:19-cv-00047-KGB**

**CITY OF HUGHES, ARKANSAS**                                            **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice ("Stipulation") (Dkt. No. 62). Plaintiff Robert Smart filed this action individually and on behalf of all others similarly situated to remedy the City of Hughes, Arkansas' alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann.§ 11-4-201, *et seq.* ("AMWA"). The Court conditionally certified this lawsuit as a collective action on February 10, 2021, and consolidated this case with *Eldridge v. Hughes Arkansas, City of*, 2:21-cv-00073-KGB, on October 4, 2022 (Dkt. Nos. 32; 47). Several plaintiffs joined the collective after Mr. Smart filed this lawsuit, and two plaintiffs Roosevelt Eaton and Devin Taylor who joined the collective later withdrew their consent to join (*See generally* Dkt. Nos. 5; 6; 36; 37; 39; 40; 56). On April 18, 2023, the Court adopted a joint stipulation of dismissal for plaintiffs Terry Ross Riggs and Johnathan Jackson (Dkt. No. 59). The parties filed the instant stipulation on May 4, 2023 (Dkt. No. 62).

The Court contacted all counsel for the parties via informal communication to clarify whether the stipulation purported to settle this case for the named plaintiffs only in the stipulation—Robert Smart and Steven Eldridge—or for the collective, as settlement agreements resolving FLSA collective claims are typically subject to court approval. *See Dillworth v. Case*

*Farms Processing, Inc.*, Case No. 5:08-cv-1694, 2010 WL 776933 at *2 (N.D. Ohio Mar. 8, 2010) (citing 29 U.S.C. §216(b)).  The parties' counsel conveyed to the Court that the settlement resolves the claims of the remaining plaintiffs in the case to include Robert Smart and Steven Eldridge, who each are named plaintiffs, and Derrick Jointer and Robert Hamilton, who intended to join and joined the action by filing consents (Dkt. Nos. 36; 37), and that the parties would not oppose the Court decertifying the collective and adopting the stipulation as to these individuals.

      The Court understands the parties to represent that the settlement does not purport to settle this case on behalf of the collective, but rather only for plaintiffs Robert Smart, Steven Eldridge, Derrick Jointer, and Robert Hamilton.  For this reason, the Court decertifies the collective; directs the Clerk to amend the style of this case to identify as plaintiffs Robert Smart, Steven Eldridge, Derrick Jointer, and Robert Hamilton; adopts the stipulation submitted by the parties with the clarification provided by counsel informally; dismisses this case with prejudice as to plaintiffs Robert Smart, Steven Eldridge, Derrick Jointer, and Robert Hamilton; and retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement, if necessary.

      It is so ordered this 14th day of August, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge